IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Phillips, Carolyn F

Printed: 8/26/08

Case Number: 06 B 15281
Judge: Hollis, Pamela S
Filed: 11/21/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 14, 2008
Confirmed: January 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,033.00 |  |
| Secured: |  | 3,196.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,572.60 |
| Trustee Fee: |  | 264.40 |
| Other Funds: |  | 0.00 |
| Totals: | 5,033.00 | 5,033.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 3,306.33 | 1,572.60 |
| 2. | National Furniture | Secured | 945.00 | 639.20 |
| 3. | Drive Financial Services | Secured | 3,609.04 | 2,556.80 |
| 4. | CB USA | Unsecured | 38.70 | 0.00 |
| 5. | Phoenix Growth & Income Fund | Unsecured | 263.25 | 0.00 |
| 6. | Drive Financial Services | Unsecured | 162.97 | 0.00 |
| 7. | U.S. Department Of Education | Unsecured | 5,681.51 | 0.00 |
| 8. | Collins Receivables | Unsecured | 143.26 | 0.00 |
| 9. | Advocate Trinity Hospital | Unsecured | 205.16 | 0.00 |
| 10. | Jefferson Capital | Unsecured | 348.92 | 0.00 |
| 11. | Freedom Card | Unsecured | 313.01 | 0.00 |
| 12. | Receivables Management Inc | Unsecured | 112.50 | 0.00 |
| 13. | ER Solutions | Unsecured | 114.39 | 0.00 |
| 14. | Daniel Ivankovich MD | Unsecured | 162.29 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 362.41 | 0.00 |
| 16. | Educational Credit Management Corp | Unsecured | 1,617.11 | 0.00 |
| 17. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 18. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 19. | Blatt Hasenmiller Leisker | Unsecured |  | No Claim Filed |
| 20. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 21. | Chase | Unsecured |  | No Claim Filed |
| 22. | City Of Chicago | Unsecured |  | No Claim Filed |
| 23. | Keith S Shindler Ltd | Unsecured |  | No Claim Filed |
| 24. | Lincoln Park Hospital | Unsecured |  | No Claim Filed |
| 25. | Horizon Management | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Phillips, Carolyn F | Case Number: 06 B 15281 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 8/26/08 | Filed: 11/21/06 |

| | | | | |
|---|---|---|---|---|
| 26. | CompuCredit | Unsecured | | No Claim Filed |
| 27. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 28. | Lincoln Park Hospital | Unsecured | | No Claim Filed |
| 29. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 30. | Pay Day Loans | Unsecured | | No Claim Filed |
| 31. | Walgreen's Drug Store | Unsecured | | No Claim Filed |
| 32. | Pay Day Loans | Unsecured | | No Claim Filed |
| 33. | Riscuity | Unsecured | | No Claim Filed |
| 34. | South Shore Hospital | Unsecured | | No Claim Filed |
| 35. | UpRight | Unsecured | | No Claim Filed |
| 36. | TRS Services | Unsecured | | No Claim Filed |
| 37. | Primary Financial Service | Unsecured | | No Claim Filed |
| 38. | UpRight | Unsecured | | No Claim Filed |
| 39. | Riscuity | Unsecured | | No Claim Filed |
| | | | $ 17,385.85 | $ 4,768.60 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 59.20 |
| 5.4% | 205.20 |
| | $ 264.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

